**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 97-CR-30079-WDS |
| ) | |
| EVERETT O. BAKER, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is defendant's objection to the government's motion for interlocutory sale (Doc. 316). The Court entered an Order on April 3, 2006, granting the government's motion (Doc. 317). Defendant's objection was filed on April 24, 2006; therefore the Court construes defendant's objection to be a motion to reconsider.

Upon review of the record, the Court **GRANTS** defendant's motion to reconsider. In light of the pending motions in the companion civil case, *Baker v. United States*, 02-115-WDS, the Court **FINDS** that it is appropriate to stay the interlocutory sale of the subject property in this criminal action pending the resolution of the civil habeas action. Accordingly, the Court **VACATES** and **SETS ASIDE** its order of April 3, 2006, and **RESERVES RULING** on the government's motion for interlocutory sale.

**IT IS SO ORDERED.**

**DATED: May 15, 2006**

                                              **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**